### GRANT *v.* THE STATE.

CRIMINAL LAW. RETAILING LIQUOR.

BLECKLEY, C. J.—In a prohibition county, a person who receives money from another with a request to procure whisky, and who shortly afterward delivers the whisky, may be treated as the seller if no other person filling that character appears, and if it is not shown where, how or from whom the whisky was obtained. This case is controlled in principle by *Paschal* v. *The State,* 84 *Ga.* 326. May 27, 1891. *Judgment affirmed.*

From Henry superior court. September term, 1890. Before Judge BOYNTON.

BRYAN & DICKEN, for plaintiff in error.

E. WOMACK, solicitor-general, and W. A. BROWN, *contra.*